UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LILY HELEN KO | Case No. 22-mc-80340-VC |
| | **ORDER DISMISSING CASE** |

The petitioner has sought and received permission to proceed in forma paupers. Dkt. Nos. 3, 4. The Court therefore has a duty to review the case and dismiss it if it fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). Having reviewed the filings, the Court determines that the various filings in this case fail to state any claim on which relief may be granted. Amendment would be futile. The case is therefore dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: February 7, 2023

_____
VINCE CHHABRIA
United States District Judge