UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LILY HELEN KO | 22-mc-80340-VC<br><br>**JUDGMENT** |

The Court now enters judgment in accordance with the order dismissing the case without leave to amend. Dkt. No. 9. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 7, 2023

VINCE CHHABRIA
United States District Judge